C. Griffith Towle, State Bar No. 146401
Zaneta O. Butscher, State Bar No. 282420
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

John F. Dienelt *(Pro Hac Vice)*
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, D.C. 20006
Telephone: (202) 372-9600
Facsimile: (202) 372-9599

Attorneys for Defendant
JACKSON HEWITT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBAS SAEEDI, an individual, and SAEEDI, LLC, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JACKSON HEWITT INC., a Virginia corporation,<br><br>Defendant. | Case No. 13-cv-04815-JST<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept:  No. 9<br>Judge: Jon S. Tigar<br><br>Complaint Filed: September 19, 2013<br>Trial Date: None Set |

WHEREAS, the Initial Case Management Conference in the above-captioned matter is currently scheduled for January 15, 2014 (Docket No. 11);

WHEREAS, accordingly, the parties' deadline to file a Joint Case Management Statement is January 6, 2014;

WHEREAS, the parties have reached a settlement in principle and are working to finalize the necessary documents;

WHEREAS, the parties agree that it would be most efficient, and to the Court's and the parties' benefit, to continue the Initial Case Management Conference to afford the parties time to finalize their settlement agreement and thereby resolve this matter;

THEREFORE, plaintiffs Abbas Saeedi and Saeedi, LLC and defendant Jackson Hewitt Inc. hereby stipulate and request, by and through their respective counsel of record, that the Court enter an order continuing the Initial Case Management Conference, currently scheduled for January 15, 2014, to **February 12, 2014 at 2:00 p.m. in Courtroom 9, 19th Floor.**

**IT IS SO STIPULATED.**

DATED:  January 6, 2014

BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation


By:  /s/ Zaneta O. Butscher
         Zaneta O. Butscher
         Attorneys for Defendant
         JACKSON HEWITT INC.

DATED:  January 6, 2014

BUSINESS AND ELECTION LAW


By:  /s/ Gautam Dutta
         Gautam Dutta, Esq.
         Attorney for Plaintiffs
         ABBAS SAEEDI, SAEEDI LLC

**ORDER**

Having considered the foregoing Stipulation and GOOD CAUSE appearing:

IT IS HEREBY ORDERED that the Case Management Conference, currently scheduled for January 15, 2014, is VACATED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 6, 2014



UNITED ST...

IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar

-3-

2449.000/775064.1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 13-cv-04815-JST