UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBAS SAEEDI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JACKSON HEWITT INC.,<br><br>    Defendant. | Case No. 13-cv-04815-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 25 |

The parties stated on the record on January 6, 2014, that they have settled this action. See Dkt. No. 25. Accordingly, all deadlines and hearings in this case are VACATED. By February 20, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: January 6, 2014

_____
JON S. TIGAR
United States District Judge